IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Philip A. Brimmer**

Civil Action No. 15-cv-01263-PAB

JAMES E. JENNINGS,

     Plaintiff,

v.

MICHELE K. LEE, Deputy Under Secretary of Commerce for Intellectual Property, and
DIRECTOR OF THE UNITED STATES PATENT AND TRADEMARK OFFICE,

     Defendants.
_____

## ORDER
_____

     This matter is before the Court on plaintiff's Motion to Consolidate [Docket No. 15], Motion to Compile [Docket No. 16], and Motions to Compel [Docket Nos. 17 and 18]. In light of plaintiff's pro se status, the Court construes his filings liberally. *Haines v. Kerner*, 404 U.S. 519, 520 (1972); *Hall v. Bellmon*, 935 F.2d 1106, 1110 & n.3 (10th Cir. 1991).

     In all four motions, plaintiff asks the Court to consolidate this case with two others, *Jennings v. Lee*, 15-cv-01248-PAB, and *Jennings v. Lee*, 15-cv-01914-LTB, pursuant to Fed. R. Civ. P. 42(a). Docket No. 15 at 2; Docket No. 16 at 2; Docket No. 17 at 2; Docket No. 18 at 2. Rule 42(a) of the Federal Rules of Civil Procedures provides that "[i]f actions before the court involve common questions of law or fact, the court may . . . consolidate the actions." Fed. R. Civ. P. 42(a)(2).

     On September 14, 2015, the Court dismissed this case, Docket No. 11 at 2, and on September 18, 2015, final judgment entered for defendants. Docket No. 12. This

case is closed.  Therefore, this case is not properly considered a pending case for purposes of Fed. R. Civ. P. 42(a).

Accordingly, it is

**ORDERED** that plaintiff's Motion to Consolidate [Docket No. 15] is **DENIED**.  It is further

**ORDERED** that plaintiff's Motion to Compile [Docket No. 16] is **DENIED**.  It is further

**ORDERED** that plaintiff's Motion to Compel [Docket No. 17] is **DENIED**.  It is further

**ORDERED** that plaintiff's Motion to Compel [Docket No. 18] is **DENIED**.

DATED April 4, 2016.

BY THE COURT:

 s/Philip A. Brimmer                            
PHILIP A. BRIMMER
United States District Judge